DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Nevada Bar No. 4790
TROY K. FLAKE
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *blaine.welsh@usdoj.gov*
       *troy.flake@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIANNE JACKSON, individually, and as Administratrix of the ESTATE OF BRYAN D. JACKSON, | Case No. 2:14-cv-00392-APG-GWF |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### JOINT STATUS REPORT

Pursuant to the Court's order (ECF #33) the parties have met and conferred and submit the following status report.

On September 1, 2015, the Court entered the current scheduling order (ECF #32). The Court also directed the parties to file a joint status report by September 11, 2015 setting out a plan to accomplish discovery without further extensions, and cautioned that absent extraordinary circumstances, further extensions would not be granted. The Court expressed its preference that the parties would be able to arrange some expert disclosure prior to the final expert deadline. The parties met and conferred

telephonically on September 10, 2015 and agreed that, in addition to the dates identified in the discovery plan, the parties intend to complete discovery according to the following:

1. Plaintiff's updated supplemental disclosures, supplemented responses to written discovery, and medical records from Drs. Bangalore and Becker: **September 21, 2015**

2. Standard of Care Experts Disclosure: **November 10, 2015**

3. Standard of Care Rebuttal Expert Disclosure: **December 10, 2015**

4. Deposition cutoff for Standard of Care Experts: **March 1, 2015**

Respectfully submitted this 11th day of September, 2015.

| | |
|---|---|
| STOVALL & ASSOCIATES | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Ross Moynihan*<br>ROSS MOYNIHAN, Esq.<br>*Attorneys for Plaintiff* | */s/ Troy K. Flake*<br>BLAINE T. WELSH<br>TROY K. FLAKE<br>Assistant United States Attorneys<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated: September 14, 2015**