**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIANNE JACKSON, individually, and as Administratrix of the ESTATE OF BRYAN D. JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE O'CALLAGHAN FEDERAL HOSPITAL PHARMACY, *et al*.<br><br>        Defendant. | 2:14-cv-00392-APG-GWF<br><br>**ORDER** |

   This matter is before the Court on Defendant United States of America's Motion to File Under Seal (#37), filed on October 15, 2015.

   Defendant seeks to file its Motion for Sanctions (#36) under seal because "it contains specific information, references, and documents of a sensitive or confidential nature." (#37), p. 2. There is a general public right to inspect judicial records and documents. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). This right leads to a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) citing *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1985). Defendant offers no legal basis for the motion to seal, and does not identify any of the specific information that should be sealed. Accordingly,

. . .

. . .

. . .

. . .

1    **IT IS HEREBY ORDERED** that Defendant's Motion to File Under Seal (#37) is **denied**
2 without prejudice.  The Motion (#36) will remain sealed for 14 days from the date of this order.  If
3 the Defendants file an amended motion to seal or object to the Court's order, the exhibit shall
4 remain sealed until further order of the Court.
5    **DATED** this 19th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge