**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIANNE JACKSON, individually, and as Administratrix of the ESTATE OF BRYAN D. JACKSON,<br><br>       Plaintiff,<br><br>vs.<br><br>MIKE O'CALLAGHAN FEDERAL HOSPITAL PHARMACY,<br><br>       Defendant. | 2:14-cv-00392-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Strike (#41), filed on October 27, 2015.

Defendant moves to strike its Motion for Sanctions (#36). Defendant originally filed a Motion to Seal the Motion for Sanctions, which was denied without prejudice. *See* Order (#38). Defendant was given two weeks to offer further reasons to seal the Motion for Sanctions. Instead, Defendant chose to submit an amended motion with the confidential information redacted. *See* Amended Motion (#40). Defendant now seeks to strike the initial Motion for Sanctions (#36) to prevent the disclosure of confidential information. Defendant has sufficiently established good cause for striking the prior motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike (#41) is **granted**. Defendant's Motion for Sanctions (#36) is hereby **stricken**.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant's Amended Motion for Sanctions (#40) is set for hearing on **Thursday, November 19, 2015, at 2:00 PM** in Courtroom 3A.

**DATED** this 6th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge