# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MARIANNE JACKSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>O'CALLAGHAN FEDERAL HOSPITAL PHARMACY; THE UNITED STATES OF AMERICA,<br><br>                    Defendants. | Case No. 2:14–cv–392–APG–VCF<br><br>**ORDER**<br><br>MOTION REQUESTING EXCEPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT (ECF NO. 51) |

Before the court is the Government's motion requesting exception to the settlement conference attendance requirement (ECF No. 51)

IT IS HEREBY ORDERED if the Plaintiff opposes the Government's request for an exception (ECF No. 51), she must file her opposition on or before July 1, 2016.

IT IS SO ORDERED.

DATED this 24th day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1